# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARK B. DANAHER & JANICE L. DANAHER  
1853 E. STATE STREET  
ROCKFORD, IL 61104  
SSN-xxx-xx-8770 & xxx-xx-3464  
Case Number: 04-75659

Case filed on: 11/12/2004  
Plan Confirmed on: 1/21/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $76,700.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | STILLMAN BANCCORP NA | 0.00 | 0.00 | 14,630.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 14,630.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 1,229.14 | 1,229.14 | 1,229.14 | 86.42 |
|  | Total Priority | 1,229.14 | 1,229.14 | 1,229.14 | 86.42 |
| 999 | MARK B. DANAHER | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 002 | STILLMAN BANCCORP NA | 11,288.00 | 11,288.00 | 11,288.00 | 404.16 |
|  | Total Secured | 11,288.00 | 11,288.00 | 11,288.00 | 404.16 |
| 003 | INTERNAL REVENUE SERVICE | 8.16 | 8.16 | 4.42 | 0.00 |
| 004 | AT&T UNIVERSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 9,379.93 | 9,379.93 | 5,073.20 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 4,933.37 | 4,933.37 | 2,668.25 | 0.00 |
| 007 | SMC | 383.54 | 383.54 | 207.44 | 0.00 |
| 008 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 7,256.89 | 7,256.89 | 3,924.94 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 6,506.19 | 6,506.19 | 3,518.92 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 13,781.47 | 13,781.47 | 7,453.81 | 0.00 |
| 012 | DISCOVER FINANCIAL SERVICES | 12,865.32 | 12,865.32 | 6,958.31 | 0.00 |
| 013 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 4,477.60 | 4,477.60 | 2,421.75 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 11,426.74 | 11,426.74 | 6,180.24 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 6,907.14 | 6,907.14 | 3,735.78 | 0.00 |
| 017 | Q CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS BANKRUPTCY SERVICE | 109.99 | 109.99 | 59.49 | 0.00 |
| 020 | WORLD FINANCIAL NETWORK NATIONAL BANK | 367.41 | 367.41 | 198.70 | 0.00 |
|  | Total Unsecured | 78,403.75 | 78,403.75 | 42,405.25 | 0.00 |
|  | Grand Total: | 93,620.89 | 93,620.89 | 72,272.39 | 490.58 |

Total Paid Claimant:   $72,762.97  
Trustee Allowance:    $3,937.03  
Percent Paid Unsecured:   54.09

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 06/25/2008          By  /s/Heather M. Fagan